UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY L. JOHNSON,

    Petitioner,

v                                                              Case No. 1:05 cv 560

JAN TROMBLEY,                                Hon. Wendell A. Miles

    Respondent.

_____/

## **JUDGMENT**

The court denies the petition for writ of habeas corpus as time-barred.

Entered this 6th day of January, 2006.

                                                        /s/ Wendell A. Miles
                                                        Wendell A. Miles, Senior Judge